UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
VERNON ODOM,

                Plaintiff,                MEMORANDUM
  -against-                           AND ORDER

VINCENT F. DeMARCO, individually and in his      11-CV-4940 (SJF)(AKT)
official capacity as Sheriff of Suffolk County;
JOHN DOE, Superintendent of Suffolk County
Jails,
                Defendants.
----------------------------------------X

FEUERSTEIN, United States District Judge:

      Pro se plaintiff Vernon Odom, previously incarcerated at Riverhead Correctional Facility[1], brings this action pursuant to 42 U.S.C. § 1983 to challenge the conditions of his confinement. Upon review of the declaration in support of the application to proceed in forma pauperis, the Court determines that the plaintiff's financial status qualifies him to commence this action without prepayment of the $350.00 filing fee. See 28 U.S.C. §§ 1914(a); 1915(a)(1). Therefore, plaintiff's request to proceed in forma pauperis is granted.

      To the extent plaintiff seeks to bring this complaint as a class action [see Complaint at pp. 8-10], the request is denied. A pro se litigant may not represent the interests of a class because "a pro se litigant cannot represent anyone other than himself or herself." Moore v. T-Mobile USA, No. 10-CV-0527, 2011 WL 609818, at *6 (E.D.N.Y. Feb. 15, 2011).

      The Clerk of the Court is directed to forward to the United States Marshal for the Eastern

---

[1] On November 21, 2011, plaintiff notified the Court that he has been transferred to Downstate Correctional Facility. [Docket Entry No. 8].

1

District of New York copies of the summons, complaint, and this Order for service upon the defendants without prepayment of fees. Furthermore, the Clerk of Court is directed to mail a copy of this Order to the plaintiff. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**SO ORDERED.**

/s/ Sandra J. Feuerstein

Sandra J. Feuerstein
United States District Judge

Dated: December 8, 2011
Central Islip, New York